IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DUSTY YORK,

    Plaintiff,

v.                                                  CASE NO. 4:09-cv-00111-MP-AK

JOHN DOE, et al.,

    Defendants.

_____/

**O R D E R**

       This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute. Plaintiff's complaint (Doc. 1) alleges deliberate indifference to his medical needs while he was incarcerated at the Leon County Jail. As stated in the Report, Plaintiff has since been released from custody but has not provided the Court with an updated address or otherwise prosecuted this case. The Clerk mailed a copy of the Report, which the Magistrate entered on April 15, 2009, to Plaintiff's last known address; however, that mail was returned undeliverable. Doc. 13. The Court therefore considers this matter ripe for adjudication. Upon consideration, the Court agrees with the Magistrate that this case should be dismissed for failure to prosecute.

       **ORDERED AND ADJUDGED:**

       The Report and Recommendation of the Magistrate Judge (Doc. 12) is ADOPTED and incorporated herein, and this case is DISMISSED without prejudice. The Clerk is directed to close the file.

       **DONE AND ORDERED** this  _22nd_ day of April, 2009

                                   *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge